# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 29, 2019

## NO. 03-19-00018-CV

**Farida Moeen and Pulin Pandya, Appellants**

**v.**

**Centrix Group, LLC, Appellee**

## APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## DISMISSED ON APPELLANTS' MOTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on December 4, 2018. Farida Moeen and Pulin Pandya have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.